United States District Court
Eastern District of New York

2:19-cv-01841

| | |
|---|---|
| Oscar Lopez individually and on behalf of all others similarly situated | |
| Plaintiff | |
| - against - | Notice of Voluntary Dismissal |
| General Mills Sales, Inc. | |
| Defendant | |

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:    March 31, 2019

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan

Spencer Sheehan
EDNY Bar Number SS-8533
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

2:19-cv-01841
United States District Court
Eastern District of New York

Oscar Lopez individually and on behalf of all others similarly situated

Plaintiff

- against -

General Mills Sales, Inc.

Defendant

## Notice of Voluntary Dismissal

Sheehan & Associates, P.C.
505 Northern Blvd., Ste. 311
Great Neck, NY 11021
Tel:  (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  March 31, 2019

/s/ Spencer Sheehan
Spencer Sheehan